Wednesday, August 24, 2011

No. 11–0670/MC.  U.S. v. Dean H. Lacroix.  CCA 201100126.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 12, 2011.

Thursday, August 25, 2011

No. 11–0239/AR.  U.S. v. Phillip L. Pierce.  CCA 20080009.  Appellee's motion to file a supplemental joint appendix granted.

No. 11–0639/AR.  U.S. v. Tanner P. Forry.  CCA 20080334.  Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including September 8, 2011,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

Friday, August 26, 2011

No. 11–0558/AR.  U.S. v. Alvaro Garcia, Jr.  CCA 20080839.  Review granted on the following issue:

WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL